# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIGFREDO MONTOYA,<br><br>        Plaintiff,<br><br>   v.<br><br>DR. RAMAN, et al.,<br><br>        Defendants. | CASE NO. 1:10-cv-01686-AWI-SKO PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO EXHAUST, AND REQUIRING DEFENDANTS TO FILE RESPONSE TO COMPLAINT WITHIN TWENTY DAYS<br><br>(Docs. 17 and 22) |

    Plaintiff Sigfredo Montoya, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 16, 2010. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On June 20, 2012, the Magistrate Judge issued a findings and recommendations recommending that Defendants' motion to dismiss for failure to exhaust be denied. 42 U.S.C. § 1997e(a); Fed. R. Civ. P. 12(b). The fifteen-day objection period has expired and no objections were filed.

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis. Accordingly, it is HEREBY ORDERED that:

    1.    The Court adopts the findings and recommendations filed on June 20, 2012, in full;

    2.    Defendants' motion to dismiss for failure to exhaust, filed on February 13, 2012, is DENIED; and

Case 1:10-cv-01686-AWI-SKO   Document 23   Filed 07/23/12   Page 2 of 2

3. Within **twenty (20) days** from the date of service of this order, Defendants shall file a response to Plaintiff's complaint.

IT IS SO ORDERED.

Dated:     July 21, 2012                                    _____
                                                            CHIEF UNITED STATES DISTRICT JUDGE

2