# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIGFREDO MONTOYA,<br><br>          Plaintiff,<br><br>     v.<br><br>DR. RAMAN, et al.,<br><br>          Defendants.<br>_____/ | Case No. 1:10-cv-01686-AWI-SKO PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION WITHIN TWENTY-ONE DAYS<br><br>(Doc. 32) |

Plaintiff Sigfredo Montoya, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 16, 2010. On July 24, 2013, Defendants Raman and Howard filed a motion for summary judgment. Fed. R. Civ. P. 56.

Pursuant to Local Rule 230(*l*), Plaintiff is HEREBY ORDERED to file an opposition or a statement of non-opposition to Defendants' motion within **twenty-one (21) days**. **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, with prejudice, for failure to prosecute**.

IT IS SO ORDERED.

Dated:   **August 14, 2013**                    **/s/ Sheila K. Oberto**
                                                                UNITED STATES MAGISTRATE JUDGE